Form 7-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**                    **FORM 7**

IKKO INTERNATIONAL TRADING LLC,

                              Plaintiff,
          v.

UNITED STATES,

                          Defendant.

Court No.            22-00118

and Attached Schedule

**NOTICE OF DISMISSAL**

      **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: _June 11, 2026_
       _____

/s/ Matthew A. Seymour
_____
Signature of Plaintiff's Attorney

Matthew A. Seymour
_____
Attorney for Plaintiff

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP
_____
Firm

599 Lexington Ave., FL 36
_____
Street Address

New York, NY 10022
_____
City, State and Zip Code

(212) 973-7737
_____
Telephone Number

MSeymour@gdlsk.com
_____
E-mail Address

Form 7-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 22-00118 | IKKO INTERNATIONAL TRADING LLC | 4601-21-126563 | 9ES-0050694-7 9ES-0050840-6 |

Order of Dismissal

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: June 12, 2026

Clerk, U. S. Court of International Trade

By: /s/ Steve Taronji
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)